United States District Court
Southern District of New York
_____

UNITED STATES OF AMERICA,

           - against -

ALBERT JUSINO,

                    Defendant.
_____



03 Cr. 299 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the hearing held on January 17, 2008, the defendant's motion to dismiss the charged violations of supervised release is **granted**.

SO ORDERED.

Dated: New York, New York
       January 17, 2008

                                          _____
                                              John G. Koeltl
                                       United States District Judge